[No. 4705.]
## HARLAN *v.* PRATT.

DISMISSAL OF APPEAL.—If the record shows that no appeal has been taken by reason of failure to serve the notice of appeal in time, a motion to dismiss the appeal will be denied.

APPEAL from the District Court, Third Judicial District, City and County of San Francisco.

No transcript had been filed in the Supreme Court at the time the motion was made and decided.

The other facts are stated in the opinion.

*H. F. Crane,* for the motion.

*Foot & Carter,* contra.

By the COURT:

The notice of appeal was filed on March 21, 1874, but was not served until the 23d of that month. Under the statute,

as it stood at those periods, these steps did not operate an appeal. (*Columbet* v. *Pacheco*, 46 Cal. 650.) Upon the face of the record, no appeal appearing to have been taken, the motion to dismiss the appeal must be denied.

So ordered.